**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-1767

---

DAVID L. BUPP,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-99-553-2)

---

Submitted:  October 12, 2000        Decided:  October 18, 2000

---

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David L. Bupp, Appellant Pro Se.  Kent Pendleton Porter, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David L. Bupp appeals the district court's order granting Defendant's motion for summary judgment in Bupp's employment discrimination action alleging racial and sexual discrimination, and retaliation. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bupp v. Henderson, No. CA-99-553-2 (E.D. Va. Apr. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2